United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
No. 96-4154WM

Vincent Canalli Lee,                 *
                                           *

             Appellant,       *
                                           *

   v.                       *
                                         *

Richard Stinson, Employee of the U.S.  *
Real Property Disposal; George       *   Appeal from the United States
Prochaska, Employee of the U.S. Real  *   District Court for the Western
Property Disposal; Mark Duffy,      *   District of Missouri.
Employee of the U.S. Real Property   *
Disposal; Blaine Hastings, Employee of *      [UNPUBLISHED]
the U.S. Real Property Disposal; Glen  *
W. Overton, Employee of the U.S. Real *
Property Disposal,               *
                                           *

             Appellees.      *

_____

Submitted: November 5, 1997
Filed: November 26, 1997

_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Vincent Canalli Lee sued Richard Stinson and other officials of the General Services Administration (GSA) after Lee's unsuccessful effort to purchase the former federal building in Kansas City, Missouri. The district court granted summary

judgment in favor of the public officials. After careful review of the record and the parties' briefs, we conclude that an extensive discussion is not warranted, and we also decline to consider the arguments Lee raises for the first time on appeal. We believe the district court's decision is correct, and we affirm substantially for the reasons given by the district court. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.